IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-CR-00359-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     LINDA ABRAMSON-SCHMEILER,

      Defendant.

---

ORDER

---

      THIS MATTER comes before the Court on the **Government's Motion To Disclose Grand Jury Material to Defendant** [#3] filed August 18, 2009, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(i).

      HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is, therefore ,

      ORDERED that the Government's motion [#3] is granted, and that grand jury testimony and grand jury exhibits and other materials may be disclosed to Defendant and his attorney in the course of discovery in this case.  It is further

      ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and his attorney; that the defendant's attorney shall

maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED August 18, 2009.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge