# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDA ABRAMSON-SCHMEILER,
    a/k/a Linda J. Abramson,
    a/k/a Linda Abramson,
    a/k/a Linda A. Schmeiler,
    a/k/a Linda Schmeiler,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the Trial Preparation Conference set for October 15, 2010, at 10:00 a.m., is **VACATED** and **RESET** to **9:00 a.m.** on October 15, 2010.

    Dated: June 1, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.