IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDA ABRAMSON-SCHMEILER,
    a/k/a Linda J. Abramson,
    a/k/a Linda Abramson,
    a/k/a Linda A. Schmeiler,
    a/k/a Linda Schmeiler,

    Defendant.

## MINUTE ORDER[1]

On **September 2, 2010**, at 11:00 a.m., the court shall conduct a telephonic setting conference to set a possible hearing on defendant's **Motion To Exclude Evidence Based Upon Violations of 26 U.S.C. § 7602** [#48] filed on June 17, 2010. Counsel for the government is instructed to appear in chambers on this date and time, after the hearing is concluded in 10-cr-00317, *USA v. Morris, et al.* The court will then contact defense counsel at (303) 629-9700.

Dated: August 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.