**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 09-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDA ABRAMSON-SCHMEILER,
    a/k/a Linda J. Abramson,
    a/k/a Linda Abramson,
    a/k/a Linda A. Schmeiler,
    a/k/a Linda Schmeiler,

    Defendant.

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

**Blackburn, J.**

    Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall be used by the court and the parties in the selection of the jury in the trial of this case.

    Dated October 15, 2010, at Denver, Colorado.

                                                 **BY THE COURT:**

                                                 */s/ Robert E. Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge