# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Action No. 09-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDA ABRAMSON-SCHMEILER,
    a/k/a Linda J. Abramson,
    a/k/a Linda Abramson,
    a/k/a Linda A. Schmeiler,
    a/k/a Linda Schmeiler,

    Defendant(s).

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated October 15, 2010 at Denver, Colorado.

                      **BY THE COURT:**

                      */s/ Robert E. Blackburn*
                      Robert E. Blackburn
                      United States District Judge