**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00359-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LINDA ABRAMSON-SCHMEILER,
      a/k/a Linda J. Abramson,
      a/k/a Linda Abramson,
      a/k/a Linda A. Schmeiler,
      a/k/a Linda Schmeiler,

      Defendant.

## MINUTE ORDER[1]

On March 11, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** that the court shall conduct a sentencing hearing on **March 17, 2011**, at 10:00 a.m.

Dated: March 11, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.